UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM MUHAMMAD,<br><br>            Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Respondent. | CASE NO. 1:15-cv-00794-BAM  HC<br><br>ORDER AUTHORIZING FILING OF PETITION *IN FORMA PAUPERIS* |

     Petitioner is a state prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, the Court hereby AUTHORIZES Petitioner to file the petition *in forma pauperis*.  The Court will screen the petition in due course.

IT IS SO ORDERED.

    Dated:   **July 28, 2015**            /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

1